

# Case Assignment
## Standard Criminal Assignment

Case number **5:17CR-28-TBR**

Assigned : Senior Judge Thomas B. Russell
Judge Code : 4413

Assigned on 7/17/2017 12:15:08 PM
Transaction ID: 9580

Request New Judge    Return